**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01154-CV

### IN RE JAMES D. YOO, KEITH WARD, HANS YOO, YOUNG K. YOO, AND DANNY YOO, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14351**

## ORDER

Before the Court is the motion of real parties in interest for a second extension of time to file their response to the petition for writ of mandamus. We **GRANT** the motion. Real parties in interest shall file their response on or before November 21, 2014.

/s/     DOUGLAS S. LANG
             JUSTICE